[No. 58497-9-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON JAY BLUM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-03059-8, George N. Bowden, J., entered June 30, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58539-8-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00335-3, Gerald L. Knight, J., entered June 27, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58679-3-I.   Division One.   July 16, 2007.]

LUIS RAMOS ET AL., *Appellants*, v. DEBBIE ARNOLD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-10085-4, David A. Kurtz, J., entered July 14, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker and Dwyer, JJ. Now published at 141 Wn. App. 11.

[No. 34136-1-II.   Division Two.   July 17, 2007.]

LEVIUS I. DAVIS ET AL., *Appellants*, v. WELLS FARGO HOME MORTGAGE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-10474-8, Thomas Felnagle, J., entered November 10, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.